# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 91-24742 RBR | Trustee: | (290240) | KENNETH A. WELT |
|---|---|---|---|---|
| Case Name: | SANSABRINO, JOHN H | Filed (f) or Converted (c): | 12/23/91 (f) | |
| | | §341(a) Meeting Date: | 09/25/07 | |
| Period Ending: | 06/30/10 | Claims Bar Date: | 10/16/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1201 S.W. 70th Ave.<br>  Exempt<br>Prior Trustee | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Debtors checking account : Joint<br>  Exempt<br>Prior Trustee | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Interest in insurance policies<br>  Exempt<br>Prior Trustee | 1,085.00 | 0.00 | DA | 0.00 | FA |
| 4 | Globe Live Insurance<br>  Exempt<br>Prior Trustee | 211.00 | 0.00 | DA | 0.00 | FA |
| 5 | IRS refund for 1991<br>  Exempt<br>Prior Trustee | 850.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1976 Ford LTD<br>  Exempt<br>Prior Trustee | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1986 Chevrolet Celebrity<br>    Prior Trustee | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Settlement Aalapattah  Services, Inc  (u) | 0.00 | 0.00 | | 50,389.40 | FA |

Printed: 07/27/2010 03:37 PM    V.12.06

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 91-24742 RBR | **Trustee:** | (290240) KENNETH A. WELT |
|---|---|---|---|
| **Case Name:** | SANSABRINO, JOHN H | **Filed (f) or Converted (c):** | 12/23/91 (f) |
| | | **§341(a) Meeting Date:** | 09/25/07 |
| **Period Ending:** | 06/30/10 | **Claims Bar Date:** | 10/16/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Exxon dealers' 108th motion for summary<br>Waiting for the final 5% disbursement 6/30/09 | | | | | |
| Int | INTEREST  (u) | Unknown | N/A | | 49.13 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $134,546.00 | $0.00 | | $50,438.53 | $0.00 |

**Major Activities Affecting Case Closing:**

    Requested information on closing without schedules available from the court

    to file notice of abandonment on balance of distribution 1/31/10

    3/12/09 5% reserve pending distribution

    9/25/2007 REOPEN TO ADMINISTER ADDITIONAL ASSET

    Taxes Completed

    May 5, 2010 Trustee letter sent to creditors on matrix

    No response claims filed from creditors 6/6/10 gk

    Ready to file TFR

**Initial Projected Date Of Final Report (TFR):** November 30, 2008     **Current Projected Date Of Final Report (TFR):** September 30, 2010

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 91-24742 RBR | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | SANSABRINO, JOHN H | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | **-***1687 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 06/30/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/22/08 | {8} | Allapattah DCF Class Action Settlement Fune | Settlement Aalapattah Services, Inc | 1249-000 | 46,455.91 | | 46,455.91 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.52 | | 46,457.43 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 5.52 | | 46,462.95 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 6.09 | | 46,469.04 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 5.06 | | 46,474.10 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 3.80 | | 46,477.90 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 3.23 | | 46,481.13 |
| 01/02/09 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Local Rules | 2300-000 | | 36.23 | 46,444.90 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.89 | | 46,446.79 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.76 | | 46,448.55 |
| 03/04/09 | 1002 | Internal Revenue Service | 2008 1041 EIN 13-7601687 | 2810-000 | | 3,368.00 | 43,080.55 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.94 | | 43,082.49 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.75 | | 43,084.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.69 | | 43,085.93 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.87 | | 43,087.80 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.81 | | 43,089.61 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.81 | | 43,091.42 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.75 | | 43,093.17 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.75 | | 43,094.92 |
| 11/07/09 | 1003 | John H. and Susan L Sansabrino | Payment to Debtor per order dated 11/4/09 CP# 42 | 8200-002 | | 30,000.00 | 13,094.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.49 | | 13,096.41 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 13,096.96 |

Subtotals :    $46,501.19    $33,404.23

{} Asset reference(s)

Printed: 07/27/2010 03:37 PM    V.12.06

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 91-24742 RBR
**Case Name:** SANSABRINO, JOHN H

**Taxpayer ID #:** **-***1687
**Period Ending:** 06/30/10

**Trustee:** KENNETH A. WELT (290240)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****80-65 - Money Market Account
**Blanket Bond:** $3,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/10 | 1004 | INTERNATIONAL SURETIES, LTD. | Bond Local Rules | 2300-000 | | 10.95 | 13,086.01 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 13,086.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 13,087.01 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 13,087.06 |
| 03/02/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -13,087.06 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 33,415.18 | 33,415.18 | $0.00 |
| | | | Less: Bank Transfers | | -13,087.06 | 0.00 | |
| | | | **Subtotal** | | 46,502.24 | 33,415.18 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,502.24** | **$3,415.18** | |

{} Asset reference(s)

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 91-24742 RBR | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|
| Case Name: | SANSABRINO, JOHN H | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******80-65 - Money Market Account |
| Taxpayer ID #: | **-***1687 | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 13,087.06 | | 13,087.06 |
| 03/04/10 | {8} | Allapattah DFC Class Action Settlement Fund | Claim# 00100817 / Case# 91-0986-CIV-Gold | 1249-000 | 3,933.49 | | 17,020.55 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.68 | | 17,021.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,021.93 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,022.65 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,023.35 |
| | | **ACCOUNT TOTALS** | | | **17,023.35** | **0.00** | **$17,023.35** |
| | | Less: Bank Transfers | | | 13,087.06 | 0.00 | |
| | | **Subtotal** | | | **3,936.29** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,936.29** | **$0.00** | |

{} Asset reference(s)

Printed: 07/27/2010 03:37 PM    V.12.06

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 91-24742 RBR | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | SANSABRINO, JOHN H | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******80-65 - Money Market Account |
| Taxpayer ID #: | **-***1687 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 46,502.24 | 3,415.18 | 0.00 |
| MMA # 9200-******80-65 | 3,936.29 | 0.00 | 17,023.35 |
| | $50,438.53 | $3,415.18 | $17,023.35 |

{} Asset reference(s)

Printed: 07/27/2010 03:37 PM    V.12.06